**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Harold J. JACKSON, Defendant–Appellant.**

**No. 11–30015**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 28, 2011.

Cristina Walker, Assistant U.S. Attorney, Cytheria Jernigan, U.S. Attorney's Office, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Shreveport, LA, for Defendant–Appellant.

Before BENAVIDES, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Harold J. Jackson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

(1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Jackson has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Jackson's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR.     R. 47.5.4.